# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIBERTY MUTUAL INSURANCE COMPANY, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV407 |
| vs. | ) ) | |
| | ) | ORDER |
| **WBE COMPANY, INC., et al.,** | ) ) | |
| Defendants. | ) ) ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 17) filed by the plaintiffs. The plaintiffs state the defendant WBE Company, Inc. has filed bankruptcy under Chapter 11 in this district, Case No. BK06-80006. Accordingly,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 30th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge