IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIBERTY MUTUAL INSURANCE and EMPLOYERS INSURANCE COMPANY OF WAUSAU,** | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV407 |
| vs. | ) ) | ORDER |
| **WBE COMPANY, DELORES WIEKHORST, SCOTT WIEKHORST and KURT WIEKHORST,** | ) ) ) ) ) | |
| Defendants. | ) | |

The reference to the U.S. Bankruptcy court having been withdrawn and this matter having been restored to the active docket with regard to two of the four defendants (Filing No. 21), a telephone conference with the undersigned magistrate judge will be held on **May 19, 2006, at 10:45 a.m.** for the purposes of reviewing the preparation of the case to date and scheduling progression. The plaintiffs' counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 15th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge