# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIBERTY MUTUAL INSURANCE and EMPLOYERS INSURANCE COMPANY OF WAUSAU,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | 8:05CV407 |
| vs. | ) ) | ORDER |
| **WBE COMPANY, DELORES WIEKHORST, SCOTT WIEKHORST and KURT WIEKHORST,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on the oral motion of the plaintiff to continue the telephone conference. The telephone conference with the undersigned magistrate judge is rescheduled to be held on **May 24, 2006, at 3:00 p.m.** for the purposes of reviewing the preparation of the case to date and scheduling progression. The plaintiffs' counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 15th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge