# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:05CV407** |
| vs. ) | |
| ) | **ORDER** |
| **SCOTT WIEKHORST, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on May 24, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **June 26, 2006** at **10:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 24th day of May, 2006.

                                             BY THE COURT:

                                             s/Thomas D. Thalken
                                             United States Magistrate Judge