# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**SCOTT WIEKHORST, et al.,** )<br>)<br>**Defendants.** ) | **8:05CV407**<br><br>**ORDER** |

This matter is before the court following a telephone conference with counsel for the parties on May 24, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **June 26, 2006** at **10:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 24th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge