## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIBERTY MUTUAL INSURANCE, et al.,** | ) | |
| **Plaintiffs,** | ) ) ) | |
| | ) | **8:05CV407** |
| v. | ) ) | **ORDER** |
| **SCOTT WIEKHORST, et al.,** | ) ) | |
| **Defendants.** | ) | |

During a telephone conference on June 26, 2006, with counsel for the parties, the court was notified, that subject to the approval of the bankruptcy court, a settlement in this case has been reached. Therefore,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before August 7, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 26th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
