IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE | ) | Case No.:  8:05 CV 407 |
| COMPANY and EMPLOYERS | ) | |
| INSURANCE COMPANY OF | ) | |
| WAUSAU, Foreign corporations, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| WBE COMPANY, INC., a Nebraska | ) | |
| corporation, DELORES WIEKHORST, | ) | |
| SCOTT WIEKHORST and | ) | |
| KURT WIEKHORST, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came before the Court on the Parties' stipulation for dismissal with prejudice (Filing No. 29).  Being duly advised in the premises and for good cause shown, the Court finds that this matter should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Each party shall bear their owns costs including attorney fees.

IT IS SO ORDERED.

Dated this 7th day of September, 2006.

BY THE COURT:


s/ Joseph F. Bataillon_____
CHIEF U.S. DISTRICT COURT JUDGE

PREPARED AND SUBMITTED BY:

James D. Sherrets, #15756
Theodore R.  Boecker, #20346
SHERRETS & BOECKER LLC
260 Regency Parkway, Suite 200
Omaha, NE  68114
(402) 390-1112
ATTORNEYS FOR THE DEFENDANTS